Michael C. Lieb (State Bar No. 126831)
mlieb@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
**WILLENKEN WILSON LOH & LIEB LLP**
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel: (213) 955-9240 • Fax: (213) 955-9250

George T. Caplan (State Bar No. 43821)
gcaplan@ebglaw.com
Kristopher S. Davis (State Bar No. 193452)
ksdavis@ebglaw.com
**EPSTEIN, BECKER & GREEN, P.C.**
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Tel: (310) 557-9565 • Fax: (310) 553-2165

Attorneys for Defendants
FREMONT GENERAL CORPORATION,
WAYNE R. BAILEY, THOMAS W. HAYES,
ROBERT F. LEWIS, RUSSELL K.
MAYERFELD, JAMES A. MCINTYRE,
LOUIS J. RAMPINO, DICKINSON C. ROSS,
PATRICK E. LAMB and RAYMOND G.
MEYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FREMONT GENERAL CORPORATION LITIGATION | CASE NO. 2:07-cv-02693-FMC-FFM<br><br>CLASS ACTION<br><br>**APPLICATION TO WITHDRAW GEORGE T. CAPLAN, KRISTOPHER S. DAVIS AND EPSTEIN BECKER & GREEN, P.C. AS COUNSEL OF RECORD FOR DEFENDANTS** |

1

LA:651861v1    APPLICATION FOR WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-2.9.2.1, Defendants Fremont General Corporation, Wayne R. Bailey, Thomas W. Hayes, Robert F. Lewis, Russell K. Mayerfeld, James A. McIntyre, Louis J. Rampino, Dickinson C. Ross, Patrick E. Lamb and Raymond G. Meyers ("Defendants"), respectfully request that George T. Caplan, Kristopher S. Davis, and the law firm Epstein Becker & Green, P.C. be withdrawn as counsel of record for Defendants. This application is not opposed by any party, and Defendants will continue to be represented by Michael C. Lieb and Leemore Kushner of the law firm Willenken, Wilson, Loh & Lieb LLP.

Dated: August 28, 2009          WILLENKEN WILSON LOH & LIEB LLP


By: /s/
   Michael C. Lieb


EPSTEIN BECKER & GREEN, P.C.

By: _____
   George T. Caplan

By: _____
   Kristopher S. Davis

Attorneys for Defendants FREMONT GENERAL CORPORATION, WAYNE R. BAILEY, THOMAS W. HAYES, ROBERT F. LEWIS, RUSSELL K. MAYERFELD, JAMES A. MCINTYRE, LOUIS J. RAMPINO, DICKINSON C. ROSS, PATRICK E. LAMB and RAYMOND G. MEYERS

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA 90017.

On **August 28, 2009**, I served the foregoing document(s) described as: **APPLICATION TO WITHDRAW GEORGE T. CAPLAN, KRISTOPHER S. DAVIS AND EPSTEIN, BECKER & GREEN, P.C. AS COUNSEL OF RECORD FOR DEFENDANTS** on the interested parties in this action.

[X]　By placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]　**BY MAIL** I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]　**BY OVERNIGHT COURIER** I caused each envelope with fees prepaid shipped by Federal Express.

[ ]　**BY TELECOPIER** by transmitting the above listed document(s) to the fax number(s) set forth above on this date.

[ ]　**BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the offices of the addressee(s) listed above.

[ ]　**BY ELECTRONIC MAIL** transmission of the document(s) set forth above, at the e-mail address indicated above, which by agreement of the parties is deemed personal service.

Executed on **August 28, 2009**, at Los Angeles, California.

[X]　(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Helen Hsiao
Type or Print Name　　　　　　　　　Signature

# SERVICE LIST

## In Re Fremont General Corporation Litigation
U.S. Central District, Case No. CV07-02693 FMC (FMMx)

Fremont General Corporation
c/o Donald Royer, General Counsel
175 N. Riverview Dr.
Anaheim, CA 92808

Wayne R. Bailey
5501 Round Meadow Rd.
Calabasas, CA 91302

Thomas W. Hayes
P.O. Box 409
Meadow Vista, CA 95722

Robert F. Lewis
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012-2061

Russell K. Mayerfeld
707 Cummings Ave.
Kenilworth, IL 60043

James A. McIntyre
3345 Padaro Lane
Carpinteria, CA 93013

Louis J. Rampino
4250 North Virginia Rd.
Long Beach, CA 90807

Dickinson C. Ross
9601 Wilshire Blvd., Suite 560
Beverly Hills, CA 90210

Patrick E. Lamb
22332 Circle J Ranch Rd.
Santa Clarita, CA 91350

Raymond G. Meyers
275 Ashland Avenue
Staten Island, NY 10309