UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FREMONT GENERAL CORPORATION LITIGATION | CASE NO. **2:07-CV-02693-JHN -FFMx**<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND CASE CONTRIBUTION AWARDS |

This matter having come before the Court by Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Case Contribution Awards. The Court having considered papers submitted in support of the motion and any opposition thereto, and for good cause having been shown, Plaintiffs' Motion is hereby granted.

1.     Class Counsel is hereby awarded attorneys' fees in the amount of $6.3 million, 30% of the $21 million Gross Settlement Fund, which the Court finds to be fair and reasonable, and $400,678.02 in reimbursement of Class Counsel's reasonable expenses incurred in prosecuting the Action. The attorneys' fees and expenses so awarded shall be paid from the Gross Settlement Fund pursuant to the terms of the Settlement Agreement, as provided in the Settlement Agreement, with interest on such amounts from the date the Settlement Fund was funded to the date

of payment at the same net rate that the Gross Settlement Fund earns. All fees and expenses paid to Class Counsel shall be paid pursuant to the timing requirements described in the Settlement Agreement.

2.      Named Plaintiffs Marcy Johannesson, Wendy Horvat, Robert Anderson, Linda Sullivan, and James K. Hopkins are hereby awarded an incentive award in the amount of $10,000 each.

3.      In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, and the compensation awards to the Named Plaintiffs, the Court has considered and found that:

a)      The Settlement achieved as a result of the efforts of Class Counsel has created a fund of $21,000,000 in cash that is already on deposit, plus interest thereon, and will benefit thousands of Class members;

b)      Class Counsel have conducted the litigation and achieved the Settlement with skill, perseverance, and diligent advocacy;

c)      The Action involves complex factual and legal issues prosecuted over several years and, in the absence of a settlement, would involve further lengthy proceedings with uncertain resolution of the complex factual and legal issues;

d)      Had Class Counsel not achieved the Settlement, there would remain a significant risk that the Named Plaintiffs and the Class may have recovered less or nothing from the Defendants;

e)      The amount of attorneys' fees awarded and expenses reimbursed from the Settlement Fund are consistent with awards in similar cases; and

f)      The Named Plaintiffs rendered valuable services to the Plans and to all Plan Participants. Without this participation, there would

1    have been no case and no settlement.

2

3        SO ORDERED this  8th day of August, 2011.

4

5

6        i                                          en

7        l                                          rt Judge